MICHAEL N. PETITO, as Town Supervisor of the Town of Oyster Bay, Appellant, v. EDWARD J. POULOS et al., Constituting the Town Board of the Town of Oyster Bay, et al., Respondents

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.  [51 Misc 2d 1081.]